AO 243 (Rev. 10/07)

**FILED - GR**
January 19, 2022 11:25 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 1/19

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CO[...]
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District  Western District of a Michigan | |
|---|---|---|
| Name (under which you were convicted): Babubhai Rathod | | Docket or Case No.: 1:18-cr-00176-1 |
| Place of Confinement: FCI Milan | | Prisoner No.: 16309-040 |
| UNITED STATES OF AMERICA | V. | Movant Babubhai Rathod No. 16309-040 |

**1:22-cv-48**

**Janet T. Neff**
**U.S. District Judge**

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging: _____
United States District Court for the Western District of Michigan.  410 Federal Building

110 Michigan Street, Grand Rapids, Michigan, 49503

   (b) Criminal docket or case number (if you know):  1:18-cr-00176-1

2. (a) Date of the judgment of conviction (if you know):  March  28, 2019
   (b) Date of sentencing:  March  28,2019

3. Length of sentence:  12 years

4. Nature of crime (all counts):  Health  Care  Fraud  and  Aggravated  Identity  Theft

5. (a) What was your plea? (Check one)
      (1) Not guilty ☐       (2) Guilty ☒       (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to? _____

AO 243 (Rev. 10/07)

6.   If you went to trial, what kind of trial did you have? (Check one)          Jury ☐          Judge only ☐

AO 243 (Rev. 10/07)

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?       Yes ☐              No ☐

8.   Did you appeal from the judgment of conviction?              Yes ☐              No ☐

9.   If you did appeal, answer the following:

(a) Name of court:   United State Court of Appeals for the Sixth Circuit

(b) Docket or case number (if you know):   No. 19-1453

(c) Result:   Affirmed

(d) Date of result (if you know): September 10, 2010

(e) Citation to the case (if you know): none

(f) Grounds raised:
1. Jurisdictional Defect in the Information

2. The District Court erred in applying a two level enhancement for obstruction of justice

3. The District Court erred in imposing a four level enhancement for the Appellant's role in the offense

4. The District Court's imposed sentence was procedurally and substantively unreasonable

5. The District Court erred in imposing a consecutive sentence for the Appellant's supervised release violation

(g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐              No ☐
    If "Yes," answer the following:
    (1) Docket or case number (if you know):
    (2) Result:

    (3) Date of result (if you know):
    (4) Citation to the case (if you know):
    (5) Grounds raised:

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
      Yes ☐      No ☒

11.   If your answer to Question 10 was "Yes," give the following information:
      (a) (1) Name of court:

AO 243 (Rev. 10/07)

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

AO 243 (Rev. 10/07)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐    No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐    No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐    No ☐

    (2)  Second petition:  Yes ☐    No ☐

AO 243 (Rev. 10/07)

    (d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

<br>

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:    Whether Counsels for the Petitioner were ineffective, warranting vacation of the Petitioner's conviction and sentence, where both counsels provided the Petitioner with inaccurate and misleading legal advice during plea

negotiations which led the Petitioner to enter his guilty plea unknowingly and unintelligently, in violation of

well established United States Supreme Court precedent.

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached for Ground One

    (b)  **Direct Appeal of Ground One:**

       (1)  If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☐     No ☐

       (2)  If you did not raise this issue in your direct appeal, explain why:

    (c)  **Post-Conviction Proceedings:**

       (1)  Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☐     No ☐

AO 243 (Rev. 10/07)

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

AO 243 (Rev. 10/07)

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** _____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 243 (Rev. 10/07)

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 11

AO 243 (Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available): _____

(3)  Did you receive a hearing on your motion, petition, or application?
     Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?
     Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
     Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** _____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 243 (Rev. 10/07)

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
No

_____

_____

_____

_____

_____

_____

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At the preliminary hearing:  David Dodge Esq. Dodge and Dodge, 200 Ottawa Avenue, NW, Ste 401
Grand Rapids, Michigan, 39503

(b)  At the arraignment and plea:      David Dodge Esq. Dodge and Dodge, 200 Ottawa Avenue, NW, Ste 401
Grand Rapids, Michigan, 39503

(c)  At the trial:    Ronald William Chapman II Esq. 1441 West Long Lake Road, Ste 310, Troy, Michigan, 48009

(d)  At sentencing: :    Ronald William Chapman II Esq. 1441 West Long Lake Road, Ste 310, Troy,
Michigan ,48009

AO 243 (Rev. 10/07)

(e)  On appeal: _____

_____

(f)  In any post-conviction proceeding: _____

_____

(g)  On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☒

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

AO 243 (Rev. 10/07)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of
    the Constitution or laws of the United States is removed, if the movant was prevented from making such a
    motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
    been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
    review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered
    through the exercise of due diligence.

Page 16

AO 243 (Rev. 10/07)

Therefore, movant asks that the Court grant the following relief: _____
   Vacation of the Petitioner's conviction and sentence
_____

_____

or any other relief to which movant may be entitled.


                                        _____
                                          Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____JANUARY 10, 2022.____
                                                 (month, date, year)


Executed (signed) on _JANUARY 10, 2022___ (date).


                                        _____
                                        Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____

## Ground One

### Supporting Facts

Both Defense Counsel's for the Petitioner ( Attorneys David Dodge and Ronald William Chapman II), provided the Petitioner with patently erroneous and misleading advice as to likely sentencing outcomes should the Petitioner agree to plead guilty to both the Government's Health Care Fraud and Aggravated Identity Theft Information Counts.
More specifically, and with respect to attorney Dodge, attorney Dodge falsely represented to the Petitioner that should he agree to plead guilty to both counts of Health Care Fraud and Aggravated Identity Theft, that attorney Dodge would then be able to secure the Petitioner's immediate release into home confinement and , further, that the Petitioner's sentencing exposure would not exceed a 3-4 year term of incarceration.
The Petitioner contemporaneously wrote and sent letters to attorney Dodge relating to these misleading statements from the county jail where the Petitioner remained until his sentencing.
Following the entry of the Petitioner's guilty plea, attorney Dodge no longer communicated with the Petitioner . A
Subsequent motion filed by attorney Dodge was summarily denied by the Court. Soon thereafter, Attorney Dodge "changed his tune " regarding likely sentencing outcomes now indicating, without explanation, that the Petitioner would not receive a sentence in excess of 6-8 years.
Upon soon thereafter learning from his review of his PSI that he could well be sentenced to a far greater term of incarceration than 6-8 years, the Petitioner made the decision to terminate attorney Dodge and retain attorney Ronald  William Chapman II, a Health Care Fraud "specialist ". Attorney Chapman initially spent 4-5 hours visiting the Petitioner and discussing the case. He concluded that Attorney Dodge had convinced the Petitioner to accept a "bad " plea agreement and advised that the Petitioner immediately terminate Attorney Dodge as it was his intention to file a claim of ineffective assistance against Attorney Dodge.
Attorney Chapman further advised the Petitioner, during their initial meeting, that simply being excluded from involvement in the health care field does not constitute health care fraud. He further advised the Petitioner that the identity theft conviction would run concurrent to the health care fraud conviction at sentencing. Therefore, Attorney Chapman concluded, the Petitioner would receive a sentence of 6 years at most.  Attorney Chapman also promised to file a motion to withdraw the Petitioner's guilty plea ( which he never attempted to do) Based upon these statements, which proved to be materially false, the Petitioner decided to retain the services of Attorney Chapman.
Following the Petitioner's retainer payment to Attorney Chapman, the Petitioner virtually never spoke to Attorney Chapman again as Attorney Chapman elected to assign another junior attorney to handle sentencing matters. Despite the Government agreeing that the two counts of conviction would run concurrently, the Court ran the counts consecutively. The Petitioner was sentenced to 12 years in total, with 10 years on the health care fraud count, a term of incarceration for that count never considered to be possible in discussions with both Attorneys Dodge and Chapman.
At sentencing , the Court also imposed both restitution and forfeiture despite both

Attorneys Dodge and Chapman unequivocally stating to the Petitioner that he would not receive either imposed penalty. Because there was absolutely no evidence of the Petitioner receiving any financial benefit in the case, both Attorneys Dodge and Chapman promised the Petitioner that he would neither be saddled with restitution or forfeiture.

Based upon the foregoing, the Petitioner respectfully submits that his resulting guilty plea was neither knowing or intelligent in violation of established United States Supreme Court precedent and in violation of his sixth amendment right to counsel. Vacation of both his conviction and his sentence is, therefore, required.



PE TO THE RIGHT
AT DOTTED LINE

AIL

405 2132

UNITED STATES
POSTAL SERVICE®

1000          49503

U.S. POSTAGE PAID
FCM LG ENV
LINCOLNSHIRE, IL
60069
JAN 10 22
AMOUNT

**$8.76**
R2305H128821-05

THE COURT
5 DISTRICT COURT
ICT OF MICHIGAN
.; 110 MICHIGAN N.W.
, MI. 49503

Read

**FROM:**

Bahubhai RATHOD
# 16309-040
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

CERTIFIED

7020 0640 0002

**TO:**

CLERK OF
UNITED STAT
WESTERN DIST
399 Federal Bld
GRAND RAPI

**Utility Mailer**
**10 1/2" x 16"**